United States District Court

Eastern District of Louisiana

Alfaro

v.                                           CIVIL ACTION NO. 2:00-cv-00163

Limited Inc The                                                    B(4)


The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

   (1) A list of all parties still remaining in this action;

   (2) Copies of all pleadings, including answers, filed by those parties in state court; and

   (3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, January 19, 2000.

                                    By Direction of the Court

                                    LORETTA G. WHYTE, CLERK

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JAN 18  P 2: 44

LORETTA G. WHYTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

AMELY ALFARO AND MANUEL ALFARO

VS.

THE LIMITED, INC. d/b/a LIMITED STORES INC. and THE LIMITED ONLY LTD., #435

CIVIL ACTION NO. **00-0163**

SECTION: **SECT. B**

MAGISTRATE **MAG. 4**

### NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, comes The Limited Stores, Inc., defendant herein, and files this Notice of Removal of said action from the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, case number 543-219, Division "N," to the United States District Court for the Eastern District of Louisiana and, in support of said Notice, with respect, shows as follows:

I.

The above entitled and numbered action was commenced on or about August 20, 1999, in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, and is now pending in that court. Process was served on defendant, The Limited Stores, Inc., through its statutory agent for service of process, C.T. Corporation System, on or about December 23, 1999. Copies



of the original petition and supporting documents are attached hereto and incorporated herein. Copies of all process, pleadings and orders served upon counsel for defendant are attached hereto in accordance with provisions of 28 USC § 1446.

II.

The above described action is a civil action by Amely Alfaro and Manuel Alfaro seeking to recover damages for personal injuries allegedly sustained as a result of being emotionally injured by an employee of The Limited Stores, Inc. at 3301 Veterans in the Parish of Jefferson, State of Louisiana, on or about August 23, 1999.

III.

Said action is a civil action of which this Court has original jurisdiction under the provisions of Title 28, United States Code, Section 1332, in that that suit, as reflected in the petition attached hereto, on information and belief, involves a matter in controversy in excess of the sum of SEVENTY-FIVE THOUSAND AND NO/100 DOLLARS ($75,000.00), exclusive of interest and costs, and involves diversity of citizenship, it being alleged that petitioners are citizens of the State of Louisiana and that defendant, The Limited Stores, Inc., Inc., is a Delaware corporation with its principal place of business in the State of Ohio.

IV.

Simultaneously with the filing of this Notice for Removal, written notice has been duly mailed to counsel for plaintiffs, and a copy of this Notice has been filed with the Clerk of Court for the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, for filing in said action number 543-219.

WHEREFORE, premises considered, defendants pray that action number 543-219 pending in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, be removed from there to this Court for trial and determination; that all further proceedings in the state court be stayed; and that defendants have all additional and further relief to which they may be entitled.

Respectfully submitted,

_____
GLENN B. ADAMS (2316)
PORTEOUS, HAINKEL, JOHNSON & SARPY
704 Carondelet Street
New Orleans, Louisiana 70130-3774
Telephone: (504) 581-3838
Facsimile: (504) 581-4069
Attorneys for The Limited Stores, Inc.

### CERTIFICATE OF SERVICE

I do hereby certify that I have this 18th day of January, 2000 served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing same by United States mail, properly addressed and first class postage prepaid, and/or by facsimile.

_____
GLENN B. ADAMS

-3-