

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

AMELY ALFARO, ET AL            CIVIL ACTION

VERSUS            NO. 00-0163

THE LIMITED, INC., ET AL            SEC. "B"(4)

## ORDER OF DISMISSAL

The Court having been advised by Magistrate Judge Roby that all the parties to this action have firmly agreed upon a compromise, and assured that they need only to execute releases and deliver funds, accordingly

**IT IS ORDERED** that this action is hereby dismissed without cost, but without prejudice to the right, upon good cause shown, within 60 days, to seek summary judgment enforcing the compromise if it is not consummated by that time, with the Court retaining jurisdiction over this action to enforce settlement if not timely consummated.

We are very grateful for the settlement/mediation work of Magistrate Judge Roby along with the related efforts by all parties

DATE OF ENTRY

SEP 2 7 2000

Fee_____
Process____
X Dktd_____
√ CtRmDep___
Doc.No.____

and counsel of record.

**PARTIES ARE WARNED THAT FAILURE TO TIMELY CONSUMMATE SETTLEMENT WITHIN THE 60 DAY PERIOD SHALL LEAD TO THE IMPOSITION OF SANCTIONS AGAINST THE PARTY(S) FAILING TO COMPLY WITH THIS ORDER.**

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 26th day of September, 2000.

_____
UNITED STATES DISTRICT JUDGE