

**MINUTE ENTRY**
**ROBY, M.J.**
**September 26, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMELY ALFARO, ET AL | CIVIL ACTION |
| VERSUS | NO: 00-0163 |
| THE LIMITED INC., ET AL | SECTION: "B" (4) |

A Settlement Conference was held on this date. Participating were: Frank Edward Beeson, III, Amely Alfaro, and Manuel Alfaro representing the plaintiffs and Glenn B. Adams representing the defendants. Negotiations were successful and a settlement was reached.

The District Judge's staff has been notified to enter a 60-day order of dismissal

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
Judge Ivan L. R. Lemelle

DATE OF ENTRY
SEP 27 2000