

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV -1 PM 3: 19

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMELY ALFARO AND MANUEL ALFARO | CIVIL ACTION NO. 00-0163 |
| VS. | SECTION: "B" (Judge Ivan L.R. Lemelle) |
| THE LIMITED, INC. d/b/a LIMITED STORES INC. and THE LIMITED ONLY LTD., #435 | MAGISTRATE "4" (Magistrate Judge Karen Wells Roby) |

### MOTION TO DISMISS

ON MOTION of petitionrs, Amely Alfaro and Manuel Alfaro, appearing herein through undersigned counsel, and on suggesting to this Honorable Court that the above-numbered and entitled cause of action has been amicably compromised and settled, and therefore, the claims of Amely Alfaro and Manuel Alfaro should be dismissed with full prejudice as to the rights of all parties therein, with each party to bear their own costs.

Respectfully submitted,

_____
Frank E. Beeson, III (2901)
1633 St. Charles Ave.
New Orleans, LA   70130
Attorney for Plaintiffs

DATE OF ENTRY
NOV 0 6 2000

Fee_____
Process____
X /Dktd____
__/CtRmDep__
Doc.No. 15

## CERTIFICATE OF SERVICE

I do hereby certify that I have this 27th day of October, 2000 served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing same by United States mail, properly addressed and first class postage prepaid, and/or by facsimile.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMELY ALFARO AND MANUEL ALFARO | CIVIL ACTION NO. 00-0163 |
| VS. | SECTION: "B" (Judge Ivan L.R. Lemelle) |
| THE LIMITED, INC. d/b/a LIMITED STORES INC. and THE LIMITED ONLY LTD., #435 | MAGISTRATE "4" (Magistrate Judge Karen Wells Roby) |

## ORDER

IT IS HEREBY ORDERED that the above numbered and entitled cause of action be and the same is hereby dismissed with full prejudice as to the rights of all parties herein, with each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 3rd day of November, 2000.

_____
JUDGE